# United States Court of Appeals
## For the First Circuit

---

No. 11-2443

JAMES G. HEBSHIE

Petitioner - Appellee

v.

UNITED STATES

Respondent - Appellant

---

**JUDGMENT**

Entered:  April 27, 2011
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of the Government's unopposed motion seeking voluntary dismissal of the instant appeal, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

    Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Jeanne M. Kempthorne
Donald L. Cabell
Dina Michael Chaitowitz
Aloke Shankar Chakravarty