# United States Court of Appeals
## For the First Circuit

No. 10-2443

JAMES G. HEBSHIE

Petitioner - Appellee

v.

UNITED STATES

Respondent – Appellant

**MANDATE**

Entered: April 27, 2011

In accordance with the judgment of April 27, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court

/s/ Margaret Carter, Clerk

cc:
Donald L. Cabell
Dina Michael Chaitowitz
Aloke Shankar Chakravarty
Jeanne M. Kempthorne